RECEIVED

2005 JUN 15 P 4: 26

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05cv574-F |
| ) | |
| ROBERT F. DENMAN, ) | |
| ROBERT ERIK DENMAN, and ) | |
| RICHARD PARRISH, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and complains and alleges as follows:

### Nature of this Action

1. This civil action is brought by the United States of America pursuant to 26 U.S.C. § 7403 to foreclose the federal tax liens against all property and rights to property of defendant, Robert F. Denman, including the rights in and to the real property described in paragraph 12, below.

### Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402.

3. This action is commenced pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States and with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a duly authorized delegate of the Secretary of the Treasury of the United States.

Parties

4. The defendant, Robert F. Denman, is a resident of the State of Florida and resides at 2020 Killarney Drive, Winter Park, Florida 32789.

5. The defendant, Robert Erik Denman, is a resident of the State of Florida, and is joined as a party to this action pursuant to the provisions of Section 7403(b) of the Internal Revenue Code as a person who claims or may claim an interest in the property that is the subject of this civil action.

6. The defendant, Richard Parrish, is a resident of the State of Alabama, and is joined as a party to this action pursuant to the provisions of Section 7403(b) of the Internal Revenue Code as a person who claims or may claim an interest in the property that is the subject of this civil action, by virtue of being a tenant on the subject property.

Acts Giving Rise to this Action

7. On the dates for the taxable years, and in the amounts set forth in the table below, a delegate of the Secretary of the Treasury of the United States made assessments against the defendant, Robert F. Denman, for unpaid federal income taxes, interest, and penalties. Notice of such assessments and demand for payment thereof was duly made in accordance with law:

| Taxable Year | Date of Assessments | Unpaid Balance of Assessments[1] |
|---|---|---|
| 1981 | February 18, 1991 | $51,253.02 |
| 1982 | February 18, 1991 | $57,358.25 |
| 1997 | May 25, 1998 | $943.85 |

---

[1] plus interest and statutory additions thereafter as provided by law.

8. Despite notice and demand in accordance with the law for payment of the above-described assessments, the defendant, Robert F. Denman, has neglected and failed to pay the full amount due and, as of February 28, 2003, there remains due and owing from defendant, Robert F. Denman, the sum $309,101.46 for the taxable years of 1981, 1982, and 1987, plus interest and statutory additions thereafter as provided by law.

9. Pursuant to Sections 6321 and 6322 of the Internal Revenue Code, federal tax liens arose upon assessment and nonpayment by the defendant, Robert F. Denman, of the tax liabilities described in the paragraphs above and have attached to all property and rights to property of the defendant, Robert F. Denman, including the parcel of real property that is the subject of this civil action.

10. On February 28, 2003, the United States District Court for the Middle District of Florida, entered a Judgment in favor of the United States against the defendant in the amount of $309,101.06, plus interest and statutory additions, for the federal tax liabilities described in paragraphs 7 and 8 above. A copy of the Judgment is attached as Exhibit 1.

11. On October 28, 2003, a Notice of Federal Tax Lien was filed with the Judge of Probate, Randolph County, Alabama, with respect to the federal income tax liabilities for the years 1981, 1982, and 1997, as set forth in the paragraphs above.

12. On or about July 27, 1974, Penny H. G. Denman (also known as Hazel Denman), the mother of the defendant, Robert F. Denman, acquired an interest in real property in Randolph county located at 23355 Highway 48, Wedowee, Alabama, ("subject property") from T.M. Messer, and wife, Martha Messer, which is more specifically described as follows:

>     COM SW COR of SE 1/4, TH N 1330.36 To
>     POB, TH E 79 6.01; N 38.05; E 57.95; S 42.35; E
>     241.85; N 20.36; E 269.91; S ALG W R/W HWY
>     48 740(S); W 1 050; N 660 To POB. SEC 17.T
>     19S. R12E.

13.     Hazel G. Denman died on January 15, 1994; however, title of the subject property remains in the name of Hazel G. Denman in the public records.

14.     Under the provisions of the Last Will and Testament of Mrs. Penny H.G. Denman, Item Two, Robert F. Denman is granted a life estate in the subject property described in paragraph 12. The remainder in fee simple is in Robert Erik Denman.

15.     Upon information and belief, Richard Parrish resides as a tenant on the subject property.

**WHEREFORE**, the United States of America prays as follows:

a.     That the Court order, adjudge and decree that all claims to, and liens upon the real property described in paragraph 12, above, be fully determined and adjudicated by this Court.

b.     That this Court order the foreclosure of the Government's liens attaching to Robert F. Denman's rights in and to the real property described in paragraph 12, above.

c.     That this Court order that said real property be sold in accordance with the law and practice of this Court, and that the proceeds of the sale be distributed in accordance with the findings of this Court and the rights of the United States of America to this action.

    d.    The United States be granted its costs in this action, and for such other and further relief as justice requires.

                LEURA GARRETT CANARY
                United States Attorney for the Middle
                District of Alabama

By: _____
      CANDICE M. TURNER
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 14198
      Ben Franklin Station
      Washington, D.C. 20044
      Telephone: (202) 514-6475
      Facsimile: (202) 514-9868