

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



FILED
03 FEB 28 AM 9: 01
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                      Case No. 6:01-cv-1095-Orl-22DAB

ROBERT F. DENMAN,

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered on plaintiff's motion for default judgment;

**IT IS ORDERED AND ADJUDGED**

that the Plaintiff, *United States of America*, recover of the Defendant, *Robert F. Denman*, the sum of $309,101.06 as of January 27, 2003, plus statutory interest accruing from that date at the rate provided for under 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622 until debt is paid in full.


Date:   February 28, 2003

                                          SHERYL L. LOESCH, CLERK

                                          By: _____
                                                  M. Pleicones, Deputy Clerk



EXHIBIT 1