AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

EASTERN DIVISION

**SUMMONS IN A CIVIL ACTION**

UNITED STATES OF AMERICA,

    Plaintiff,

        v.   CASE NUMBER: 3:05CV 574-F

ROBERT F. DENMAN, ROBERT E. DENMAN, and RICHARD PARRISH,

    Defendants.

TO:   RICHARD PARRISH
      23355 Highway 48
      Wedowee, Alabama 36278

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    CANDICE M. TURNER
    U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
    P.O. BOX 14198, BEN FRANKLIN STATION
    WASHINGTON, D.C. 20044

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                        6/22/05
CLERK                                                   DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

**SUMMONS IN A CIVIL ACTION**

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

CASE NUMBER: 3:05CV574-F

ROBERT F. DENMAN, ROBERT E. DENMAN, and RICHARD PARRISH,

    Defendants.

TO: ROBERT E. DENMAN
    1053 Crystal Bowl Circle
    Casselberry, FL 32707

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    CANDICE M. TURNER
    U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
    P.O. BOX 14198, BEN FRANKLIN STATION
    WASHINGTON, D.C. 20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_       6/22/05
CLERK      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

EASTERN DIVISION

**SUMMONS IN A CIVIL ACTION**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT F. DENMAN, ROBERT E. DENMAN, and RICHARD PARRISH,

    Defendants.

CASE NUMBER: 3:05CV574-T

TO: ROBERT F. DENMAN
2020 Killarney Drive
Winter Park, Florida 32789

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

    CANDICE M. TURNER
    U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
    P.O. BOX 14198, BEN FRANKLIN STATION
    WASHINGTON, D.C. 20044

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_    6/22/05
CLERK                 DATE

_[signature]_
(BY) DEPUTY CLERK