IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05-cv-574-F |
| | ) | |
| ROBERT F. DENMAN, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred

to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders

or recommendations as may be appropriate.

DONE this 23rd day of June, 2005.

                                    /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE