**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert F. Denman
   2020 Killarney Drive
   Winter Park, FL 32789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): R. Denman
B. Date of Delivery:
C. Signature: X R. DENMAN  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   3:05CU574-T
   SRC
   20

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7099 3400 0009 2319 2509

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789