**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Erik Denman
1053 Crystal Bowl Circle
Casselberry, FL 32707

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Robert Erik Denman
B. Date of Delivery: 6-29-05
C. Signature: X Robert Erik Denman
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:05CV574-F
S+C
㉒

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7099 3400 0009 2319 2448

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789