UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 DEC 22 A 9: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNTIED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>VS., )<br>)<br>ROBERT F. DENMAN, )<br>ROBERT ERIK DENMAN, AND )<br>RICHARD PARRISH, )<br>)<br>DEFENDANTS. ) | CIVIL NO.: 3:05cv574-F |

### DEFENDANT, ROBERT ERIK DENMAN'S
### ANSWER TO COMPLAINT, and COUNTER CLAIM

### ANSWER

**COMES NOW,** Defendant, Robert Erik Denman, by and through his attorney, Steve R. Morris, and hereby files his Answer to the Plaintiff's complaint as follows, to-wit:

1. The Defendant admits all allegations contained in the Plaintiff's complaint.

### COUNTER-CLAIM

The Defendant, Robert Erik Denman realleges all averments and all allegations of paragraph 1 of his answer as though fully set forth herein and would further state to this Court the following, to-wit:

1. The Defendant, Robert Erik Denman, has title in fee simple to the property in dispute by the will of Mrs. Penny H. G. Denman, deceased, which was filed for probate on the 23rd day of July, 2002, a copy of said will is attached and incorporated by reference by Exhibit "A".

2. Defendant, Robert F. Denman, holds a life estate interest in said property pursuant to the will of Penny H.G. Denman, deceased (See Exhibit "A").

3. Defendant's, Robert F. Denman's, life estate in said real property terminates at Defendant Robert F. Denman's death. Said life estate is a separate, severable interest in the property and is not part of the fee simple title of the subject property. Said life estate is severable under law and can be sold without effecting the Defendant Robert Erik Denman's fee simple ownership of the said subject property. .

**WHEREFORE, THESE PREMISES CONSIDERED,** the Defendant, Robert Erik Denman, request that this Honorable Court to grant him the following relief, to-wit:

1. Deny the Government's request to sale the fee simple title to the property as this Defendant does not owe any taxes to the Internal Revenue Services or the United States Government.

2. That this Honorable Court order the severing and sale of the Life Estate Interest of the subject property held by the Defendant, Robert F. Denman and said sale be held by public auction.

3. That the undersigned attorney be awarded reasonable attorneys fees for the necessity of defending Robert Erik Denman in this action, wherein the United States Government sought to sale the Defendant Robert Erik Denman's fee simple interest in the subject property, wherein Defendant owes no taxes and has no judgements against him.

4. For such other and further relief that may be just and proper.

Respectfully submitted this the 20th day of December, 2005.

Steve R. Morris
Attorney for Defendant,
Robert Erik Denman
P.O. Box 814
Wedowee, Alabama 36278
(256) 357-9211 - Telephone
(256) 357-9222 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following by placing said copy in the United States Mail, postage prepaid, to the respective mailing address on this the 20th day of December, 2005.

James Lyons
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 14198
Ben Franklin Station
Washington D.C. 20044

Leura Garrett Canary
U.S. Attorney for the Middle District of AL
1 Court Square, Ste. 201
Montgomery, AL 36104

_____
Steve R. Morris