OR Bk 6575 Pg 915
Orange Co FL 2002-0360321
07/25/2002   08:44:36am
PROPRO   40   75

FILED IN OFFICE
PROBATE DIVISION
02 JUL 10 AM 9:51
LYDIA GARDNER
CLERK CIRCUIT COURT
ORANGE CO., FL.

LAST WILL AND TESTAMENT

OF

MRS. PENNY H. G. DENMAN    48-02-CP-1773-O

I, MRS. PENNY H. G. DENMAN, a resident and citizen of Randolph County, Alabama, over the age of twenty-one years and being of sound mind and disposing memory, do hereby make and publish this my Last Will and Testament, hereby revoking all former wills that may have been made heretofore by me.

ITEM ONE

I will and direct that my just debts and funeral expenses shall be paid as soon after my decease as is practicable.

ITEM TWO

I hereby will, devise and bequeath all my property, real, personal and mixed, to be disposed of as follows:

1. All of my real property in Alabama and Florida shall go to my grandson, ROBERT ERIK DENMAN, absolutely and in fee simple, except my sister, PAULINE G. CUNNINGHAM, shall have the right to live in my house in Orange County, Florida for so long as she may live and my son, ROBERT F. DENMAN, shall have a life estate in all of my real property, except for my sister, PAULINE G. CUNNINGHAM's, right named above. In the event that my grandson, ROBERT ERIK DENMAN, predeceases my son, ROBERT F. DENMAN, all of my real property shall go to ROBERT ERIK DENMAN's legitimate children, or if none then to my son, ROBERT F. DENMAN.

2. All of my money shall go to the person or persons named on that particular bank account with me and all the remainder of my property shall go to my son, ROBERT F. DENMAN, to dispose of or keep at his discretion.

ITEM THREE

I nominate and appoint my son, ROBERT F. DENMAN, Executor of this my Last Will and Testament. I nominate and appoint my grandson, ROBERT ERIK DENMAN, Contingent Executor of this my Last Will and Testament, and declare that he shall not be required to give any bond for the performance of his duties arising hereunder nor make any accounting to any Court nor file

OR Bk **6575** Pg **916**
Orange Co FL 2002-0360321
Recorded - Martha O. Haynie

Last Will and Testament
of Mrs. Penny H. G. Denman
Page two

any inventory of the property coming into his hands as Executor or Contingent Executor.

Dated this 10th day of May, 1983.

_____
Mrs. Penny H. G. Denman

Signed, sealed, published and declared by the above named testatrix, MRS. PENNY H. G. DENMAN, as and for her Last Will and Testament, in the presence of each of us, and each of us in her presence, and in the presence of each other, and at her request, we have hereunto set our hands as witnesses on the day the same bears date.

_Bill Kirby_
Witness

P.O. Box 310, Wedowee, Ala
Address

_Gadzen H. Haight_
Witness

Wedowee, Al.
Address

_Charles Ned Wright_

Wedowee, Al.