IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv574-F |
| | ) | |
| ROBERT F. DENMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file in this case, the court has determined that defendant Robert

F. Denman has not filed an answer.  Accordingly, and for good cause, it is

ORDERED that defendant Robert F. Denman shall file an answer on or before

January 17, 2006.  If defendant does not file a timely answer in response to this order,

plaintiff shall, on or before February 3, 2006 either:

1.      Dismiss said defendant;

2.      File an appropriate application for default pursuant to Fed. R. Civ. P. 55; or

3.      Otherwise indicate to the court how it wishes to proceed.

The Clerk of the Court is DIRECTED to serve defendant Robert F. Denman.

DONE, this 5th day of January, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE