IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv574-F |
| | ) | |
| ROBERT F. DENMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For good cause, it is

ORDERED that plaintiff is DIRECTED to show cause, on or before January 13, 2006, why this action should not be dismissed as to defendant Richard Parrish for failure to effect service within 120 days as required by Fed. R. Civ. P. 4(m).

DONE, this 5th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE