AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

ROBERT F. DENMAN ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05CV574-F

TO: (Name and address of Defendant)

ROBERT F. DENMAN
2020 KILLARNEY DRIVE
WINTER PARK, FL 32789

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CANDICE M. TURNER
US DEPT. OF JUSTICE, TAX DIVISION
P.O. BOX 14198 BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    1-5-06

CLERK    DATE

(By) DEPUTY CLERK