IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| United States of America,        ) | |
| )                                  | |
| Plaintiff,         ) | |
| v.                                       ) | CASE NO. 3:05cv0574-MEF |
| )                                  | |
| Robert F. Denman, et al.,      ) | |
| )                                  | |
| Defendants.      ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated June 23, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE