**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

January 17, 2005

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   United States of America v. Robert F. Denman et al

Case No.:    3:05cv574-F

Document 12 Response by USA to Order to Show Cause

This Notice of Correction was filed in the referenced case this date to replace the pdf document with one that was signed.