UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:05CV574-WKW-SRW |
| ROBERT F. DENMAN, ET AL, | ) |
| Defendants. | ) |

**APPLICATION FOR ENTRY OF DEFAULT**

Defendant Robert F. Denman was served in the above-referenced action on June 24, 2005 with a summons and a copy of the complaint, and he signed a return receipt card acknowledging receipt of the summons and complaint, which can be found at docket entry number four. More than seven months have passed, and defendant Robert F. Denman has not filed a responsive pleading or otherwise appeared in this action. Therefore, pursuant to Federal Rule of Civil Procedure 55(a), the United States hereby applies for entry of default against defendant Robert F. Denman.

Respectfully submitted,

LEURA GARRETT CANARY
United States Attorney

By:  /s/ James T. Lyons
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5880
Facsimile: (202) 514-9868
New York Bar Number 3933868

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Steven R. Morris, attorney for Robert Erik Denman. I also hereby certify that service of the foregoing has been made by depositing a copy in the United States mail, by first class postage prepaid, addressed to the following:

      Mr. Robert F. Denman
      2020 Killarney Drive
      Winter Park, FL 32789

      /s/ James T. Lyons
      JAMES T. LYONS
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 14198
      Ben Franklin Station
      Washington, D.C. 20044