# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 3:05CV574-WKW-SRW** |
| | ) | |
| **ROBERT F. DENMAN, ET AL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF DEFAULT

Defendant Robert F. Denman failed to appear or plead within the time allowed by law.

Therefore, default is hereby entered against Robert F. Denman on _____.


DEBRA P. HACKETT
Clerk, United States District Court
Middle District of Alabama



By:_____
Deputy Clerk