UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:05CV574-WKW-SRW |
| ROBERT F. DENMAN, ET AL, | ) ) ) | |
| Defendants. | ) | |

### ENTRY OF DEFAULT

Defendant Robert F. Denman failed to appear or plead within the time allowed by law.

Therefore, default is hereby entered against Robert F. Denman on _February 15, 2006_.

DEBRA P. HACKETT
Clerk, United States District Court
Middle District of Alabama

By: _Debra P. Hackett_
~~Deputy Clerk~~