UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES of America** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| **v.** ) | Case No. 3:05-cv-574 WKW SRW |
| ) | |
| **Robert F. DENMAN, et als** ) | |
| ) | |
|     **Defendants** ) | |

## NOTICE OF APPEARANCE

Comes now James M. Sizemore, Jr., an attorney licensed to practice in this Court and makes his appearance in this cause as additional counsel on behalf of the Defendant Robert Eric Denman. Counsel's contact information is:

James M. Sizemore, Jr. (SIZ001)
Attorney-at-Law
792 Commerce Drive, Suite 104
Alexander City, AL  35010

256/409-1985; Fax 256/409-1987

Submitted this 23rd day of March, 2006.

                                               **/s/ James M. Sizemore, Jr.**
                                               James M. Sizemore, Jr. (SIZ001)
                                               Attorney for Robert Eric Denman
                                               792 Commerce Drive, Suite 104
                                               Alexander City, AL  35010
                                               256/409-1985; Fax 256/409-1987

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 23rd day of March, 2006, I served a copy of the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system that will send notice to the following:

Honorable James T. Lyons, Esq.
james.t.lyons@usdoj.gov

                                        **/s/ James M. Sizemore, Jr.**
                                        James M. Sizemore, Jr., Of Counsel