UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                            Case No. 3:05-cv-574-WKW

**ROBERT F. DENMAN, et al.,**
    Defendants

_____/

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Rule 26(f) Order filed April 6, 2006, the parties conducted a meeting by telephone on April 16, 2006. James T. Lyons attended on behalf of the Plaintiff, and James M. Sizemore, Jr. attended on behalf of the Defendant.

2. **Pre-Discovery Disclosures.** The parties agree to waive the requirement of the exchange of information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. The parties propose that discovery be commenced immediately.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a. Plaintiff and Defendant require discovery about only the following subjects:

    (1) whether or not Plaintiff is entitled to a judicial sale of the real property at issue in the suit, and (2) the valuation of Robert F. Denman's life estate interest in the real property at issue in the suit.

    b. All discovery will be commenced in time to be completed by September 8, 2006.

    c. Maximum of 25 interrogatories on the merits by each party to any other party. Responses due 30 days after service.

    d. Maximum of 10 requests for production on the merits by each party. Responses due 30 days after service.

    e. Maximum of 5 depositions for Plaintiff and 5 depositions for the Defendant. Depositions shall be limited to seven (7) hours unless

extended by agreement of the parties.  The parties reserve the right to move the Court for additional depositions if necessary.

4.   The parties do not request a conference with the Court before entry of the scheduling order.

5.   The parties request a pre-trial conference not earlier than November 1, 2006.

6.   Plaintiff should be allowed until July 3, 2006 to join additional parties and amend the pleadings.

7.   Defendant should be allowed until July 17, 2006 to join additional parties and amend the pleadings.

8.   The parties propose that dispositive motions be filed no later than August 1, 2006.

9.   The likelihood of settlement cannot be evaluated at this time.

10.  The Plaintiff's witness and exhibit lists will be submitted by August 1, 2006. Defendant's witness and exhibit list will be submitted 14 days thereafter.  Plaintiff and Defendant have 14 days after service to object to the lists submitted by the opposing party.

11.  The case should be ready for trial by December 4, 2006 at and at this time is expected to take approximately one day.

**/s/ James T. Lyons**
Attorney for Plaintiff


**/s/ James M. Sizemore, Jr.**
Attorney for Defendant