# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES of America** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | Case No. 3:05-cv-574 WKW SRW |
| ) | |
| **Robert F. DENMAN, et als** ) | |
| ) | |
| **Defendants** ) | |

## OBJECTION TO SCHEDULING ORDER

Comes Defendant Robert Eric Denman and, within fourteen (14) days of the date of this Court's Scheduling Order entered pursuant to the provisions FED. R. CIV. P. 16(b), requests modification thereof. In support of this Request, Defendant Robert Eric Denman says:

1. Lead counsel for Plaintiff is James T. Lyons of the United States Department of Justice whose offices are in Washington, D.C.

2. This Defendant is represented by Steve R. Morris whose offices are in Wedowee, Alabama, and James M. Sizemore, Jr., whose offices are in Montgomery, Alabama, and in Alexander City, Alabama.

3. According to mapquest.com, Wedowee, Alabama, is over 738 highway miles and more than twelve hours' drive from Washington, D.C., and

Montgomery, Alabama, is more than 828 highway miles and almost thirteen hours' drive from Washington, D.C.

4. Section 3 of this Court's Scheduling Order requires the parties' counsel to "conduct a face-to-face settlement conference." While there may be opportunities for a face-to-face meeting during preparation of this case for trial, the geographical distance between counsels' offices prompts this Defendant to request a modification of the Court's Scheduling Order to add a sentence after the first sentence of Section 3 to read: "Should it appear that the geographical distance between the offices of counsel makes it impracticable for them to meet face-to-face to discuss settlement within the time required by this Order, they may conduct the settlement conference by telephone."

5. As required by **SECTION 9(B)(ii)**, this Defendant discussed this Motion with counsel for the government who agreed to this Defendant's request.

6. Defendant attaches a proposed order as instructed in **SECTION 9(C).**

                **/s/ James M. Sizemore, Jr.**
                James M. Sizemore, Jr.   (SIZ001)
                Attorney for Defendant Robert Eric Denman
                792 Commerce Drive, Suite 104
                Alexander City, AL  35010
                256/409-1985; Fax 256/409-1987

# CERTIFICATE OF SERVICE

I hereby certify that, on this the 8th day of May, 2006, I served a copy of the foregoing **Objection to Scheduling Order** with the Clerk of the Court using the CM/ECF system that will send notice to the following:

Honorable James T. Lyons, Esq.
james.t.lyons@usdoj.gov

Honorable Candice M. Turner
southern.taxcivil@usdoj.gov

        **/s/ James M. Sizemore, Jr.**
        James M. Sizemore, Jr., Of Counsel