UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-00574-WKW |
| ) | |
| ROBERT F. DENMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is presented on the objection of Defendant Robert Eric Denman to the Court's Scheduling Order and request to allow the required settlement conference to be conducted by telephone under certain circumstances (Doc. # 22).

The Court finds that the objection complies with **SECTION 9(B)** of this Court's Scheduling Order; the offices of Plaintiff's lead counsel and the offices of counsel for Defendant Robert Eric Denman are more than 700 miles apart; and counsel for the United States agrees to the modification of the Scheduling Order requested by Defendant Robert Eric Denman.

It is therefore ORDERED, and for good cause shown, that **SECTION 3** of this Court's Scheduling Order is AMENDED to read as follows:

> **SECTION 3. On or before October 13, 2006,** counsel for all parties shall conduct a **face-to-face settlement conference** at which counsel shall engage in good faith settlement negotiations. Should it appear that the geographical distance between the offices of counsel makes it impracticable for them to meet face-to-face to discuss settlement within the time required by this Order, they may conduct the settlement conference by telephone. If settlement cannot be reached, counsel shall also discuss whether mediation will assist the parties in reaching settlement. Not more than **FIVE (5) DAYS** after this conference, counsel for the plaintiff shall file a pleading titled "Notice Concerning Settlement Conference and Mediation." This pleading shall indicate whether settlement was reached and, if not, whether the parties believe

mediation will assist them in resolving this case short of trial. Information about mediation is attached to this order.

DONE this the 12th day of May, 2006.

                          /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE