UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES of America** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 3:05-cv-574 WKW |
| ) | |
| **Robert F. DENMAN, et als** ) | |
| ) | |
| **Defendants** ) | |

## MOTION FOR LEAVE TO AMEND

Comes now Defendant Robert Erik Denman and moves the Court for leave to amend his Answer filed in this cause to assert a defense permitted by FED. R. CIV. P. 12(h)(2) and certain affirmative defenses to the complaint. In support of his Motion, Robert Erik Denman shows that:

1. This Court's Scheduling Order allowed the parties to amend their pleadings by July 17, 2006.

2. Defendant Robert Erik Denman desires to raise the issue that the complaint fails to state a claim upon which relief can be granted, as permitted by by FED. R. CIV. P. 12(h)(2) and certain affirmative defenses not shown in his original Answer.

     3. Justice requires that this Defendant be allowed to amend his Answer for this purpose.

     WHEREFORE, Defendant Robert Erik Denman prays for leave to amend his Answer in accordance with the amendment attached to this Motion.

**/s/ James M. Sizemore, Jr.**
James M. Sizemore, Jr.
Attorney for Robert Eric Denman
792 Commerce Drive, Suite 104
Alexander City, AL  35010
256/409-1985; Fax 256/409-1987

**/s/ Steve R. Morris**
Steve R. Morris
Attorney for Robert Erik Denman
Post Office Box 814
Wedowee, AL  36278
256/357-9211; Fax 256/357-9222

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 17th day of July, 2006, I served a copy of the foregoing **Motion for Leave to Amend** with the Clerk of the Court using the CM/ECF system that will send notice to the following:

Honorable James T. Lyons, Esq.
james.t.lyons@usdoj.gov

Honorable Candice M. Turner
southern.taxcivil@usdoj.gov

                                             **/s/ James M. Sizemore, Jr.**
                                             James M. Sizemore, Jr., Of Counsel