UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:05-cv-00574-WKW |
| ROBERT F. DENMAN, et al., | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of Defendant Robert Erik Denman's Motion for Leave to Amend (Doc. # 24), it is ORDERED that the motion is GRANTED, and the defendant shall file electronically an exact duplicate of the amended answer attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this the 19th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE