UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT F. DENMAN, ET AL., )<br>)<br>Defendants. )<br>_____) | Civil No. 3:05CV574 |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint and counterclaim in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

LEURA GARRETT CANARY
United States Attorney

_____
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 514-5880
Facsimile:    (202) 514-9868

_____
JAMES M. SIZEMORE, JR.
Counsel for Robert E. Denman
792 Commerce Drive
Suite 104
Alexander City, AL 35010

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to James M. Sizemore, Jr. and Steven R. Morris, attorneys for Robert Erik Denman. I also hereby certify that service of the foregoing has been made by depositing a copy in the United States mail on October 16, 2006, by first class postage prepaid, addressed to the following:

Mr. Robert F. Denman
2020 Killarney Drive
Winter Park, FL 32789

JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044