IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-00574-WKW |
| ) | |
| ROBERT F. DENMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The parties filed a Joint Stipulation for Dismissal (Doc. # 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 19th day of October, 2006.

                    /s/  W. Keith Watkins
                  UNITED STATES DISTRICT JUDGE